IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v. CASE NO. 1:98-cr-5-MP -GRJ

BRODDRICK DESHON MONGO,

_____/

**O R D E R**

This case is before the Court on Doc. 51, Defendant's unopposed motion to continue the telephonic hearing currently set before the undersigned on September 29, 2011. Upon due consideration, it is **ORDERED**:

1. The motion to continue, Doc. 51, is **GRANTED.**

2. A telephonic hearing is re-set before the undersigned for **Thursday, October 13, 2011, at 11:00 a.m. (Eastern Time)** for the purpose of oral argument on Defendant's ACCA sentencing claim, Doc. 39.

**DONE AND ORDERED** this 28th day of September 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge